**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                          4:13CR00121-001  SWW

JAMES LEE HINES                                             DEFENDANT

### ORDER

Pending before the Court is the defendant's unopposed motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for October 7, 2015. The Court finds that this motion [doc #18] should be and hereby is granted.

IT IS THEREFORE ORDERED that the hearing is rescheduled for ***WEDNESDAY, DECEMBER 9, 2015 AT 1:00 P.M. IN COURTROOM #389.***

DATED this 6th day of October 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE