**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                       NO. 4:13CR00121-001 SWW

JAMES LEE HINES                                                             DEFENDANT

## ORDER

The above entitled cause came on for hearing December 9, 2015 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Western District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke defendant's supervised release [doc #6] is *granted* and defendant's supervised release is hereby *revoked*. Defendant shall serve a term of imprisonment of *TEN (10) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Texarkana, TX or FCI Memphis noting separation letters; and that defendant participate in non-residential substance abuse treatment during incarceration.

There will be *NO* supervised release to follow.

IT IS FURTHER ORDERED that defendant be remanded to the custody of the U.S. Marshal for transport to the designated facility to begin the service of the sentence imposed.

DATED this 15th day of December 2015.

/s/Susan Webber Wright
United States District Judge